UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) NO. 3:17-cr-00056-1 |
| | ) CHIEF JUDGE CRENSHAW |
| EMMANUEL THIRKILL, | ) |
| Defendant. | ) |

## ORDER

For the reasons given in the Court's accompanying Memorandum Opinion, Thirkill's Motion to Suppress (Doc. No. 44) is **DENIED**. This case remains set for trial on October 31, 2017, and all deadlines in the Court's previous Order (Doc. No. 41) remain in effect.

The Court **FINDS** that the time from August 18, 2017, until the date of this Order is excludable under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(D) and (H).

This case is set for a status conference on **October 12, 2017**, at 1:30 p.m., in Nashville courtroom A859.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE